UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DEBORAH LAUFER | ) |
| | ) |
| v. | )   CIVIL NO.  2:20-cv-00344-GZS |
| | ) |
| ACHESON HOTELS, LLC | ) |

ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendants.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than January 7, 2021 why such service was not timely made, failing which the complaint shall be dismissed.

GEORGE Z. SINGAL
United States District Judge


By:  /s/ Teagan Snyder
Deputy Clerk

Dated this 24th day of December, 2020.