<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF MAINE</u>

DEBORAH LAUFER,                    )
  individually                      )
                                   )
          Plaintiff,              )         Civil Action No. 2:20-cv-00344-GZS
                                   )
        v.                      )
                                   )
ACHESON HOTELS, LLC,               )
Maine Limited Liability Corporation, )
                                   )
                                   )
Defendants                         )

**<u>DEFENDANT'S REQUEST FOR JUDICIAL NOTICE</u>**
**<u>IN SUPPORT OF MOTION TO DISMISS</u>**

Pursuant to Fed. R. Evid. 201, Defendant, Acheson Hotels, LLC ("Acheson"), respectfully requests that this Honorable Court take judicial notices as follows:

1.  Attached hereto as Exhibit 1 is a true and accurate copy of results from a PACER search showing 646 cases in which Deborah Laufer is listed as Plaintiff. Counsel for Acheson performed this search on January 25, 2021. Pursuant to Fed. R. Evid. 201, Acheson respectfully requests that the Court take judicial notice of this exhibit.

2.  Attached hereto as Exhibits 2-6 are copies of the following court orders: *Laufer v. BRE/ESA P Portfolio, LLC*, United States District Court, District of Maryland, Case No. 1:20-cv-01973-SAG, Doc. No. 19 (Ex. 2); *Laufer v. Ft. Meade Hospitality, LLC*, United States District Court, District of Maryland, Case No. 8:20-cv-1974-PX, Doc. 8 (Ex. 3); *Laufer v. 1110 Western Albany, LLC*, United States District Court, N.D. New York, Case No. 1:19-cv-01324-BKS-ML, Doc. 21 (Ex. 4); *Laufer v. Laxmi & Sons, LLC*, United States District Court, N.D. New York, Case No. 1:19-cv-01501-BKS-ML, Doc. Nos. 15 (Ex. 5) and 20 (Ex. 6). Pursuant to Fed. R. Evid. 201, Acheson respectfully requests that the Court take judicial notice of these exhibits.

Respectfully Submitted,


*/s/ Sally Morris*_____
Sally A. Morris, Bar No. 8479
Attorney at Law
Six City Center, Suite 300
Portland, ME 04101
(207) 558-6161, Ext 109
Attorney for Defendant, Acheson Hotels, LLC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 3, 2021 I electronically filed the Defendant's Request for Judicial Notice In Support of Motion to Dismiss and Incorporated Memorandum of Law with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

> Daniel G. Ruggiero, Esquire
> 275 Grove Street, Suite 2-400
> Newton, MA 02466
> druggieroesq@gmail.com

Dated:  February 3, 2021

> */s/ Sally A. Morri*s
> Sally A. Morris, Esq. Bar No. 8479
> Attorney at Law
> Six City Center, Suite 300
> Portland, ME 04101
> (207) 558-6161 Ext. 109
> smorris@morrisemploymentlaw.com
> Attorney for Defendant, Acheson Hotels, LLC