**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**DEBORAH LAUFER,**
        **Plaintiff,**
v.                                                                         Case No: 2:20-cv-344-GZS

**ACHESON HOTELS, LLC,**
        **Defendant.**

**STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**

      The Defendant hereby submits this Status Report and respectfully request that the case be stayed for an additional ninety (90) days with further report from the parties due at the end of 90 days.  As grounds therefor, the parties state.:

      1.      This matter presents the question of whether a self-appointed Americans with Disabilities Act "tester" has standing to challenge information on a website with no intention to travel to the place of public accommodation.   This court rule that the Plaintiff did not have standing.   The United States Court of Appeals for the First Circuit ruled that the Plaintiff did have standing.   Plaintiff has filed identical lawsuits throughout the country alleging the same violation of information on websites.   As such, the First Circuit noted that a conflict exists among the Circuit Courts of Appeal as to whether there is standing on the very same facts presented to different courts.

      2.      Defendant filed a Petition for Writ of Certiorari on November 4, 2022, which was docketed on November 8, 2022.   Plaintiff responded to the Writ on February 24, 2023, indicating that Plaintiff agreed that Certiorari should be granted by the United States Supreme Court. Defendant replied to the Plaintiff's brief on February 28, 2023.   The case is now presented to the United States Supreme Court for decision on the Writ of Certiorari.   The parties anticipate that further information could be provided within the next 90 days.

3.	For the foregoing reasons, the parties, in respect for the Court's precious judicial resources, believe that the status conference currently that the matter should be stayed for an additional period of 90 days at which time the parties will provide further report.

    Attorney for Defendant

/s/ Sally Morris_____
Sally Morris, Esq
Six City Center, Suite 300
Portland, Maine 04101
smorris@morrisemploymentlaw.com
(207) 558-6161 Ext 1001

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 3, 2023 I electronically filed the Status Report with the Clerk of the Court using the CM/ECF system and that the document was served through that system.


Dated: March 3, 2023

              */s/ Sally Morris*
              Sally A. Morris
              Attorney at Law
              Six City Center, Suite 300
              Portland, ME 04101
              (207) 558-6161
              Attorney for Defendant, Acheson Hotels, LLC