UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DEBORAH LAUFER,
    Plaintiff,

v.                                                  Case No: 2:20-cv-00344-GZS

ACHESON HOTELS, LLC,
    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

I, Deborah Laufer, pro se, hereby voluntarily dismiss this case with prejudice. I understand that Daniel Ruggiero can no longer represent me in this case because his license is suspended. I therefore am submitting this myself.

I certify that a copy of the instant document was served on all counsel of record via the Court's CM/ECF system this 18 day of July, 2023.

Date: 7/18/23                                       _____
                                                      DEBORAH LAUFER

                                                      7234 Vienna Lane
                                                      Port Richey, FL 34668