# THOMAS B. BACON, P.A.
## ATTORNEYS-AT-LAW

954-478-7811
tbb@thomasbaconlaw.com
Licensed to practice in Florida, Georgia and Pennsylvania

1317 Edgewater Dr. #556
Orlando, FL 32804

4369 Lake Rd.
Williamson, NY 14589

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2023 JUL 20 P 1:00
DEPUTY CLERK

July 19, 2023

Clerk's Office
U.S. District Court, District of Maine
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

Re:   Deborah Laufer v. Acheson Hotels, LLC, Case No. 2:20-cv-344-GZS

To whom it may concern:

    I am not admitted in this District Court. Nor am I admitted pro hac vice in the above-referenced case. I represent Deborah Laufer, the plaintiff herein, with respect to her appeals of the District Court's decision before the First Circuit in No. 21-1410. I am also counsel of record for Ms. Laufer in the same case presently pending before the United States Supreme Court, No. 22-429.

    Ms. Laufer was formerly represented before your Court by Daniel Ruggiero, who has been suspended from practice and can no longer represent Ms. Laufer.

    Pursuant to my conversation with the manager from your office for this case, I am hereby delivering (by fedex) the Notice Of Voluntary Dismissal signed by Ms. Laufer. The Defendant has not filed an answer or motion for summary judgment and Ms. Laufer is therefore entitled to dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Thank you for your attention in this regard.

Respectfully,

/s/ Thomas B. Bacon